UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACFC DELTA HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DELTA WATERWAYS LLC,<br><br>    Defendant. | Case No. 19-cv-00813-WHO<br><br>**ORDER RE DEFAULT JUDGMENT** |

In accordance with the Court's March 16, 2020 Order on plaintiff's motion for default judgment, Dkt. No. 29, and plaintiff's memorandum filed on March 30, 2020,[1] I GRANT plaintiff's motion for default judgment against Delta Waterways, LLC.

The above judgment in the amount of $273,800 shall be reduced by any sums collected by plaintiff in *ACFC Delta Holdings, LLC v. Coastal West LLC, et al*, 18-cv-05845-WHO (N.D. Cal.). Within 30 days of any such collection, plaintiff shall file with both courts a partial satisfaction of judgment stating the amounts so collected.

**IT IS SO ORDERED.**

Dated: April 2, 2020

William H. Orrick
United States District Judge

---

[1] I treat plaintiff's supplemental memorandum filed on March 30, 2020 as a renewed motion for default judgment. Dkt. No. 30.